UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARME JOY P. NICOPIOR and
LEONARDO GAMBOA,

    Plaintiffs,

v.                                    CASE NO.: 1:18-cv-24909-KMW

MOSHI MOSHI PALM GROVE, LLC, a Florida
Limited Liability Company, d/b/a MOSHI MOSHI;
SUSHI YAMA JAPANESE RESTAURANT, INC.,
a Florida corporation, d/b/a MOSHI MOSHI;
MOSHI CORAL WAY, LLC, a Florida limited liability
Company, d/b/a MOSHI MOSHI; MUTSUHIKO
YUHARA, an individual; and TOSHIO FURITHATA,
an individual, a/k/a TOSHIO FURIHATA,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiffs, ARME JOY P. NICOPIOR and LEONARDO GAMBOA, and Defendants MOSHI MOSHI PALM GROVE, LLC, a Florida Limited Liability Company, d/b/a MOSHI MOSHI; SUSHI YAMA JAPANESE RESTAURANT, INC., a Florida corporation, d/b/a MOSHI MOSHI; MOSHI CORAL WAY, LLC, a Florida limited liability Company, d/b/a MOSHI MOSHI; MUTSUHIKO YUHARA, an individual, and TOSHIO FURITHATA, an individual, a/k/a TOSHIO FURIHATA, by and through their respective undersigned counsel, hereby stipulate that the above-referenced case shall be dismissed with prejudice, each party to bear its own fees and costs, except as otherwise agreed to in the Parties' settlement, and the Court to retain jurisdiction for enforcement of the settlement agreement between the Parties.

Respectfully submitted this **24th day of May 2019**,

1

SPDN-868764429-2582725

/s/ Susan Potter Norton
Susan Potter Norton
Florida Bar No. 0201847
snorton@anblaw.com
ALLEN NORTON & BLUE, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel.: 305-445-7801
Fax: 305-442-1578
Counsel for Defendants except Yuhara

/s/ Samara Robbins Bober
Samara Robbins Bober
Florida Bar No. 156248
samara@boberlaw.com
BOBER & BOBER, P.A.
2699 Stirling Road, Suite A-304
Hollywood, Florida 33312
Tel.: (954)-922-2298
Fax: (954)-922-5455
Counsel for Plaintiffs

/s/ Richard J. Caldwell
Richard J. Caldwell, Esq.
66 West Flagler Street, Suite 601
Miami FL 33130
305-529-1040
caldwelllaw@bellsouth.net
Counsel for Defendant Mutsuhiko Yuhara

2

SPDN-868764429-2582725